UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00345-MOC

| | | |
|---|---|---|
| **KEYUNNA BYRD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CAROLYN W. COLVIN, acting Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Review of the motion, the agreement of the parties, and the attachments to the motion reveals that the parties have agreed that counsel for plaintiff should be paid the sum of $13,170.18 (less offset, if any) for attorney fees, in full and final settlement of all claims due against the Social Security Administration. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Attorney Fees Under EAJA (#21) is **GRANTED**, and the Commissioner of Social Security shall pay to plaintiff, the sum of $13,170.18 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d). Pursuant to <u>Comm'r of Soc. Sec. v. Ratliff</u>, 560 U.S. ----, 130 S. Ct. 2521 (2010), such amount is subject to offset of any debt plaintiff may owe to the United States. The Commissioner will determine within 30 days of this Order whether plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to plaintiff and mailed to plaintiff's counsel. If the United States Department of the Treasury reports to the

1

Commissioner that the plaintiff does not owe a federal debt, the government will pay the awarded fees directly to plaintiff's counsel. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

Signed: December 21, 2015

Max O. Cogburn Jr.
United States District Judge